United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE PAPIR, A/S, a Danish Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MOSTNY, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendant.<br>                                         /<br>AND COUNTERCLAIM.<br>                                         / | No. C 05-01194 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE RULE 26 INITIAL DISCLOSURES, ADR CERTIFICATION, AND CASE MANAGEMENT CONFERENCE** |

    The parties' stipulation to continue Rule 26 disclosures, ADR certification and case management conference until October 2005 is **DENIED**. Trial counsel shall please appear for the case management conference on **JUNE 23, 2005, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 7, 2005.

                                                                WILLIAM ALSUP<br>
                                                                UNITED STATES DISTRICT JUDGE