IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE PAPIR, A/S, a Danish Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MOSTNY, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/<br>AND COUNTERCLAIM.<br>_____/ | No. C 05-01194 WHA<br><br><br>**ORDER OF REFERRAL** |

    Upon review, this action appears to concern the same parties, transactions and events as *Mostny v. Winnie Papir*, Case No. C 03-0509 MEJ. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Magistrate Judge Maria Elena James for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

    **IT IS SO ORDERED.**

Dated:  June 16, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE