1  COLIN L. PEARCE (SB# 137252)
   GREGORY G. ISKANDER (SB# 200215)
2  MATTHEW K. KLISZEWSKI (SB# 218832)
   **DUANE MORRIS LLP**
3  One Market Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
4  Telephone: (415) 371-2200
   Facsimile: (415) 371-2201
5  Email: clpearce@duanemorris.com

6  Attorneys for Plaintiff/Counter-Defendant
   WINNIE PAPIR, A/S
7

**FILED**

DEC 0 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE PAPIR, A/S, a Danish Corporation, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: C 05-1194 ~~WHA~~ MJJ |
| DAVID MOSTNY, an individual, and DOES 1 through 10, inclusive, | ) STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |
| Defendants. | ) |
| DAVID MOSTNY, individually and doing business as EUROWRAP, LTD. | ) |
| Counter-claimant, | ) Date: January 17, 2006 |
| v. | ) Time: 2:00 p.m. |
|  | ) Ctrm: 11 |
| WINNIE PAPIR, A/S and ROES 1 through 10, inclusive | ) Judge: Hon. Martin J. Jenkins |
| Counter-defendants. | ) |

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER          C 05-1194 WHA

1

1   A Case Management Conference was previously scheduled in this action for December 6, 2005. On December 5, 2005, this Court notified counsel that it had unilaterally continued the Case Management Conference to December 20, 2005.

Counsel for Plaintiff/Counter-Defendant Winnie Papir A/S ("Winnie Papir") is not available to attend the continued Case Management Conference because of travel associated with the holiday season. Counsel scheduled his trip well in advance of the Court's continuance of the December 6, 2005 Case Management Conference.

Based on the unavailability of counsel for Winnie Papir, counsel for Defendant/Counter-Claimant David Mostny ("Mostny"), Ronald Foreman, has graciously agreed to stipulate to a continuance of the Case Management Conference to a mutually convenient date. The parties accordingly stipulate and request that the Court further continue the December 6, 2005 Case Management Conference from December 20, 2005 to January 17, 2006.

The parties previously submitted Case Management Conference statements in advance of the December 6, 2005 conference. This action is currently stayed pursuant to a June 20, 2005 Order of this Court. In addition, this Court previously continued a September 29, 2005 Case Management Conference to December 6, 2005. This additional brief continuance of the rescheduled December 20, 2005 conference to January 17, 2006 will therefore not prejudice any party to the action, nor will it unreasonably interfere with the Court's calendar.

THEREFORE, the parties hereby AGREE, STIPULATE and REQUEST that the rescheduled Case Management Conference be continued from December 20, 2005 to January 17, 2006.

Dated: December 6, 2005                    DUANE MORRIS, LLP

                                           By: _____
                                           Colin L. Pearce
                                           Attorneys for Plaintiff/Counter-Defendant
                                           WINNIE PAPIR, A/S

1  Dated: December 6, 2005

FOREMAN & BRASSO

By: _____
Ronald D. Foreman
Attorneys for Defendant/Counter-Claimant
DAVID MOSTNY

## ORDER

Upon the Stipulation of the Parties and in the interests of justice and for GOOD CAUSE shown, IT IS HEREBY ORDERED that the rescheduled Case Management Conference is continued from December 20, 2005 to January 17, 2006.

SO ORDERED.

Dated: December 7, 2005

_____
THE HONORABLE MARTIN J. JENKINS
Judge of the United States District Court,
Northern District of California

SF\66159.1