Colin L. Pearce (SBN 137252)
Gregory G. Iskander (SBN 200215)
Matthew K. Kliszewski (SBN 218832)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 371-2200
Facsimile: (415) 371-2201

Attorneys for Plaintiff/Counter-Defendant
WINNIE PAPIR, A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE PAPIR, A/S, a Danish Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MOSTNY, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>DAVID MOSTNY, individually and doing business as EUROWRAP, LTD.<br><br>Counter-claimant,<br><br>v.<br><br>WINNIE PAPIR, A/S and ROES 1 through 10, inclusive,<br><br>Counter-defendants. | Case No.: C 05-1194 MJJ<br>Granted:<br>**STIPULATION TO DISMISS COMPLAINT AND CROSS-COMPLAINT WITHOUT PREJUDICE; ORDER THEREON** |

Counsel for plaintiff/counter-defendant Winnie Papir ("Winnie Papir") and counsel for defendant/counter-claimant David Mostny, individually and doing business as Eurowrap Ltd. ("Mostny"), hereby stipulate to dismiss the above-referenced action and all claims and counter-claims asserted therein, without prejudice, pursuant to the terms and conditions set forth herein, and with reference to the following facts:

STIPULATION TO DISMISS COMPLAINT AND CROSS-COMPLAINT WITHOUT PREJUDICE; ORDER THEREON
CASE NO.: C 05-1194 (MJJ)

1. On March 23, 2005, Winnie Papir filed this action in the United States District Court for the Northern District of California.

2. On April 18, 2005, Mostny filed a counter-claim against Winnie Papir.

3. On June 20, 2005, the Honorable William Alsup issued an order staying this action based, in part, on a prior action between the same parties pending before the Maritime and Commercial Court of Copenhagen (Case No. H-0046-03) in the country of Denmark. The Court issued the stay because the parties represented that the action pending in Denmark might resolve some or all the claims asserted by the parties in this action.

4. The action in Denmark proceeded to trial on August 30, 2005, and the Court issued a judgment in the action on October 27, 2005. Mostny, however, has appealed the decision, and the decision is not yet final.

5. Based on the potential conclusive effect of the final decision in the action pending in Denmark, Winnie Papir and Mostny hereby agree to each dismiss their claims and counter-claims in the above-referenced action, without prejudice.

6. Winnie Papir and Mostny specifically reserve the right to refile each and every claim, cause of action and complaint or cross-complaint in above-referenced action, following the final resolution of the action in Denmark.

7. Winnie Papir and Mostny hereby agree to toll any statutes of limitation that may apply to the above-referenced claims and causes of action as of the date of this stipulation, and to stay and toll any other time related defenses, including, but not limited to, laches, waiver or estoppel, with respect to any legal or equitable claims that each has asserted in this action. Specifically, no period from the date of this stipulation through the refiling of any claim or cause of action previously asserted in this action shall be included and computed in the date on which any applicable statutes of limitation, laches, waiver, estoppel or any other defense based on the timeliness of bringing a cause of action begins to run again with regard to the refiled claims, such that the period between the date of this stipulation and the refiling of a claim will be deemed not to have existed for purposes of asserting any of the aforementioned defenses.

8. This stipulation, and the agreement to dismiss the claims and counter-claims herein without prejudice, does not, and is not intended to, affect, alter or impair in any manner the rights, claims, counter-claims, defenses, interests, duties, obligations and causes of action of the parties hereto, and this stipulation and the dismissal without prejudice will not and shall not act as a settlement, release, satisfaction, or compromise of any rights or interests of the parties.

9. If either party refiles any of the claims or causes of action in this matter in the United States District Court for the Northern District of California, they shall indicate that the above-referenced action, as well as the prior action between these parties (United States District Court Case No. C-03-0509), are "related" cases.

10. Winnie Papir and Mostny will enter into an identical stipulation for the dismissal, without prejudice, of Case No. 03-0509.

Dated: March 3, 2006

DUANE MORRIS LLP

By: _Colin L. Pearce_
Colin L. Pearce
Attorneys for Plaintiff/Counter-Defendant
WINNIE PAPIR

Dated: March 3, 2006

FOREMAN & BRASSO

By: _Ronald D. Foreman_
Ronald D. Foreman
Attorneys for Defendant/Counter-Claimant
DAVID MOSTNY, individually and doing business as Eurowrap, Ltd.

### ORDER

Having read and reviewed the foregoing stipulation,

**IT IS HEREBY ORDERED.**

Dated: March 7, 2006

_Martin J. Jenkins_
Honorable Martin J. Jenkins
Judge of the United States District Court
Northern District of California

DM2\659585.1

STIPULATION TO DISMISS COMPLAINT AND CROSS-COMPLAINT WITHOUT PREJUDICE; ORDER THEREON

CASE NO.: C 05-1194 (MJJ)

3